UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK FULTZ, Individually,

      Plaintiff,

vs.                                      Case No.:  2:19-cv-13803-LJM-RSW

MI FH CP - TIC#1, LLC, a Delaware Limited Liability Company,  MI FH CP - TIC#2, LLC, a Delaware Limited Liability Company, and MI FH CP - TIC#3, LLC, a Delaware Limited Liability Company,

      Defendants.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, MARK FULT, Individually, by and through his undersigned counsel, and herein files this Notice of Dismissal as to Defendants, MI FH CP - TIC#1, LLC, a Delaware Limited Liability Company, MI FH CP - TIC#2, LLC, a Delaware Limited Liability Company, and MI FH CP - TIC#3, LLC, a Delaware Limited Liability Company, d/b/a The Crowne Plaza Hotel (sometimes referred to as "Defendants"), pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

Dated:  January 13, 2021

Respectfully submitted,

*/s/  Lawrence A. Fuller*
Lawrence A. Fuller, Esq.
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
lfuller@fullerfuller.com

**Case no.: 2:19-cv-13803-LJM-RSW**
**NOTICE OF DISMISSAL**

M. J. Stephen Fox, Esq. (P32456)
FOX & ASSOCIATES
2536 Red Clover Drive SE
Ada, MI 49301
(616) 676-4300
foxlawfirm@aol.com

*Attorneys for Plaintiff*

SO ORDERED:

_____
LAURIE J. MICHELSON
United States District Judge